UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL STOKES,<br><br>               Plaintiff,<br><br>-against-<br><br>RSBS LLC d/b/a ROCK BAR,<br><br>               Defendant. | Case No. 1:22-cv-05253-JLR |

**DEFAULT JUDGMENT**

**WHEREAS** this matter came before the Court on Plaintiff Michael Stokes' ("*Plaintiff*") application for entry of a default judgment against Defendant RSBS LLC d/b/a Rock Bar ("*Defendant*" or "*Rock Bar*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS** Plaintiff filed his application for entry of default judgment seeking $30,000 in statutory damages for copyright infringement, $6,217.50 in attorneys' fees, and $457.00 in costs plus interest.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application for February 15, 2023, and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $30,000 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $6,217.50 in attorneys' fees and $457.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed, and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated:  February 15, 2023                                          **SO ORDERED.**

_____
Hon. Jennifer L. Rochon
United States District Judge