UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL STOKES,<br><br>      Plaintiff,<br><br> -v-<br><br>RBSB LLC,<br><br>      Defendant. | CIVIL ACTION NO. 22 Civ. 5253 (JLR) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Friday, April 12, 2024 at 10:30 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:  New York, New York
     April 9, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**